## INDEX OF EXHIBITS

Exhibit No.                     Description

Exh. 1                          Index of Exhibits.

Exh. 2                          Correspondence from Howard Hertz, counsel for Pantera
                                and its members, to Eric C. Grimm, counsel for Leif
                                Alfenas (Sept. 18, 2007).

Exh. 3                          Certification of Counsel (Sept. 18, 2007).

Dockets.Justia.com