BRADLEY J. SCHRAM 1
HOWARD HERTZ
VICTOR M. NORRIS
ROBERT P. GELLER
STEVE J. WEISS 2
WALTER J. PISZCZATOWSKI
JEFFREY A. ROBBINS 2, 5
KENNETH F. SILVER
MICHAEL J. REX
BRIAN WITUS 3
EVA T. CANTARELLA
LISA M. KAVALHUNA 4
STEVEN P. JENKINS
GERALD P. CAVELLIER
PATRICIA A. STAMLER
JAY G. YASSO
LAURIE S. RAAB
DEREK D. McLEOD 2
DANIEL S. SINGER 2, 6
GARY P. SUPANICH
DANIEL W. RUCKER
DIANA G. BROWN

LAW OFFICES
**HERTZ SCHRAM PC**
1760 SOUTH TELEGRAPH ROAD
SUITE 300
BLOOMFIELD HILLS, MICHIGAN 48302-0183

TELEPHONE (248) 335-5000
FACSIMILE (248) 335-3346

www.hertzschram.com

hhertz@hertzschram.com

September 18, 2007

COUNSEL
JAMES W. BURDICK, P.C. 7

OF COUNSEL
ELMER L. ROLLER, P.C.
JUSTIN C. RAVITZ

HARVEY D. GELLER
(1928-1989)

1 ALSO MEMBER OF FLORIDA
  AND WASHINGTON, D.C. BARS
2 ALSO MEMBER OF FLORIDA BAR
3 ALSO MEMBER OF ILLINOIS BAR
4 ALSO MEMBER OF OHIO BAR
5 ALSO C.P.A. AND LL.M. IN TAXATION
6 ALSO LL.M. IN TAXATION
7 ALSO MEMBER OF CALIFORNIA BAR

Eric C. Grimm, Esq.
Williams, Hughes & Cook, PLLC
120 W. Apple Avenue
P.O. Box 599
Muskegon, Michigan 49443-0599

Re: Pantera Partnership vs. Leif Alfenas

Dear Mr. Grimm:

This is to confirm that my clients have, contingent on the transfer of venue to the United States District Court for the Eastern District of Michigan, Southern Division authorized me to consent to the relief requested in your Unopposed Motion to Transfer Venue. The Pantera Partnership, Vincent Paul Abbott, Philip Hanson Anselmo, Rex Robert Brown and the Estate of Darell Lance Abbott, solely on the condition that venue is transferred to the Eastern District of Michigan, voluntarily consent to venue and to personal jurisdiction in the Eastern District of Michigan, and voluntarily waive service of summons. Each of my clients have agreed that an Answer or other responsive pleading to the Complaint that you filed shall be due 60 days after the date that the Transfer of Venue becomes effective.

Very truly yours,

Howard Hertz

HH/pd

cc: Kim Zide Davis
    Derek D. McLeod, Esq.

S:\Staff\Belcher, Cathy\HOWARD\ENTERTAINMENT\
Pantera Partnership\Grimm ltr 9.18.07.doc