## CERTIFICATION BY COUNSEL FOR DEFENDANTS

I declare under penalty of perjury, 28 U.S.C. § 1746, that I have been retained by Pantera Partnership and its individual members, and that I have authority to consent to the relief requested in the Plaintiff's Unopposed Motion to Transfer Venue. Pantera Partnership; Vincent Paul Abbott; Philip Hanson Anselmo; Rex Robert Brown; and the Estate of Darell Lance Abbott, through authorized counsel, each respectfully consents to and does not oppose, the relief requested in said Motion.

"I declare under penalty of perjury that the foregoing is true and correct."

Executed on September 18, 2007.

Howard Hertz (P26653)
Derek D. McLeod (P66229)
HERTZ SCHRAM, PC
1760 S. Telegraph, Suite 300
Bloomfield Hills, MI 48302
Telephone: (248) 335-5000
Facsimile: (248) 335-3346
Email: hhertz@hertzschram.com

Attorneys for Defendants.

WILLIAMS, HUGHES, & COOK, PLLC
120 W. Apple Avenue, P.O. Box 599
Muskegon, MI 49443-0599

MOTION AND SUPPORTING
MEMORANDUM TO TRANSFER VENUE