**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

LEIF ALFENAS,

      Plaintiff,

vs.

PANTERA PARTNERSHIP, a common-law partnership; VINCENT PAUL ABBOTT; PHILIP HANSON ANSELMO; REX ROBERT BROWN; and ESTATE OF DARELL LANCE ("DIMEBAG DARRELL") ABBOTT, individually and severally,

      Defendants.

Case No. 1:07-cv-749

Hon. Richard Alan Enslen
United States District Judge

ERIC C. GRIMM (P58990)
WILLIAMS, HUGHES, & COOK, PLLC
120 W. Apple Avenue, P.O. Box 599
Muskegon, MI 49443-0599
(231) 728-1111
Fax: (231) 727-2130
Email: egrimm@whcspc.com

Attorneys for Plaintiff.
_____/

## ORDER GRANTING
## UNOPPOSED MOTION TO TRANSFER VENUE

Before the Court is a Motion by the Plaintiff, Mr. Leif Alfenas, under 28 U.S.C. §§ 1404(a), 1406, to transfer venue to the U.S. District Court for the Eastern District of Michigan, to enable this civil action to be consolidated with Civil Action No. 2:2007-cv-13244 (E.D. Mi. *filed* Aug. 3, 2007). The Motion is unopposed.

1   Plaintiff's Unopposed Motion to Transfer Venue is GRANTED. This civil action
2   shall be transferred to the Eastern District of Michigan.

4   IT IS SO ORDERED.

6   SIGNED this 1st day of October, 2007.

8                                   /s/ Richard A. Enslen
                                    Hon. Richard A. Enslen
9                                   United States District Judge

**ORDER GRANTING
MOTION TO TRANSFER VENUE**