**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | B-35 Federal Bldg. | 113 Federal Bldg. | 229 Federal Bldg. |
| --- | --- | --- | --- |
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

October 2, 2007

U.S. District Court
Eastern District of Michigan
U.S. Courthouse
231 Lafayette Blvd.
Detroit, MI  48226

      RE:    Alfenas v Pantera Partnership, et al.
              OUR Case No. 1:07-cv-749  Hon. Richard Alan Enslen

Dear Court Personnel:

Pursuant to the enclosed Order of Transfer to the Eastern District of Michigan filed October 1, 2007, we are sending certified copies of our order of transfer and docket sheet.

The documents that make up the case file are available electronically through PACER.  Please contact our e-filing help desk via email at ecfhelp@miwd.uscourts.gov if you need further assistance.

Please acknowledge receipt of this transfer case by returning a date-stamped copy of this letter to our court in the enclosed self-addressed envelope.  Thank you.

                                    Sincerely,

                                    Ronald C. Weston, Sr., Clerk

                                    /s/ Ruth Westcott

                                    By:  Deputy Clerk

Dockets.Justia.com